UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY
★ MAR 05 2013 ★
LONG ISLAND OFFICE

JEMMY LEE STURGIS,

    PLAINTIFF,

-against-

SUFFOLK COUNTY et al. (JAIL)
SUFFOLK COUNTY SHERIFF VINCENT DEMARCO,
WARDEN CHARLES EWALD, CAPT. JOHNSON #17
SGT. HICKEY #189, C.O. ZAHN #954,
CO. QUATRINI #1305

District Attorney's Office (D.A.)
A.D.A. DENA RIZOPOULOS, A.D.A. SALLY DOE,
A.D.A. JANE DOE, A.D.A. JOHN DOE

SUFFOLK COUNTY POLICE (6TH Pct.)
P.O. FRED MIGNONE, Sgt. MICHEAL P. FITZHARRIS,
Det. RICHARD P. MARRA, DET. JOHN DOE

42 U.S.C. § 1983

Amended Complaint
Re: CV-13-0902 (SJF)(ETB)
2:12-CV-05263  13-0902

JURY TRIAL (YES)

Conspiracy to Deny or Lower Constitutional and/or Substantive Due Process Rights, Utilizing White Supremacy, Abuse of Authority, Power By Ambiguity, Plausible Deniability, and Fear Tactics

I. PARTIES IN THIS COMPLAINT:

  A.        PLAINTIFF:
    Name Jemmy Lee Sturgis  ID# 083989
    Current Institution: Riverhead Correctional Facility
    Address: 300 Center Drive, Riverhead, N.Y., 11901

i

B  DEFENDANTS:

DEFENDANT No. 1
    Name: Police Officer Fred J. Mignone    Shield # 5542
    Where Employed: 6TH Pct. Selden N.Y.
    Address:

DEFENDANT No. 2
    Name: Sgt. Fitzharris    Shield # 551-3160-73
    Where Employed: 6TH Pct. Selden N.Y.
    Address:

DEFENDANT No. 3
    Name: Detective Richard Marra    Shield No. 1383
    Where Employed: 6TH Pct. Selden N.Y.
    Address:

DEFENDANT No. 4
    Name: Det. John Doe    Shield #
    Where Employed: 6TH Pct. Selden N.Y.
    Address:

DEFENDANT No. 5
    Name: Asst. District Atty. Dena Rizpolous    Shield #
    Where Employed: Suffolk County Dist. Atty. Office
    Address:

DEFENDANT No. 6
Name: Asst. Dist. Atty. JANE DOE         Shield #
Where Employed: Suffolk County Dist. Atty's Office
Address:

DEFENDANT No. 7
Name: Asst. Dist. Atty. SALLY SOE        Shield #
Where Employed: Suffolk County Dist. Atty's Office
Address:

DEFENDANT No. 8                          (Felony Arraignment)
Name: Asst. Dist. Atty. WILLIE WOE       Shield #
Where Employed: Suffolk County Dist. Atty. Office
Address:

DEFENDANT No. 9
* Name: SHERIFF Vincent DeMARCO          Shield #
Where Employed: Sheriff' Office Suffolk County NY
Address: 100 Center Drive, Riverhead, N.Y., 11901

DEFENDANT No. 10
* Name: WARDEN CHARLES EWALD             Shield #
Where Employed: Riverhead Correctional Facility
Address: 300 Center Drive, Riverhead N.Y. 11901


* RICO LAW like Organized Crime, Purposeful Abuses of Power
and Authority, Mis-Training and Propaganda in Omissions of NYCRR in
                                        Rule Books
3

DEFENDANT No. 11
    NAME: Corr. Officer Jamie Quattrini     SHIELD # 1305
    WHERE EMPLOYED: Riverhead Corr. Facility
    Address: 100 Center Drive, Riverhead, N.Y. 11901

DEFENDANT No. 12
    NAME: Corr. Capt. John G. Johnson     SHIELD # 17
    WHERE EMPLOYED: Riverhead Corr. Facility
    Address: 100 Center Drive, Riverhead, N.Y. 11901

DEFENDANT No. 13
    NAME: Corr. Sgt. J. Hickey     SHIELD # 189
    WHERE EMPLOYED: Riverhead Corr. Facility
    Address: 100 Center Drive, Riverhead, NY 11901

DEFENDANT No. 14
    NAME: Corr. Officer J. Zahn     SHIELD # 954
    WHERE EMPLOYED: Riverhead Corr. Facility
    Address: 100 Center Drive, Riverhead, N.Y. 11901

DEFENDANT No. 15      (LEGAL Aid Society)
    NAME: Legal Aid Society Atty Victor Velasquez
    WHERE EMPLOYED: Suffolk Cty. Legal Aid Society
    Address: 300 Center Drive, Riverhead, N.Y. 11901

4

## II. Statement of Claim

1. a) On September 1st, 2012 @ 5:05pm or 17:05, Police Officer Fred J. Mignone, stopped Plaintiff Temmy Lee Sturgis, in violation of New York and United States Constitutions, illegally violating Plaintiff's 4th Amendment Rights. ("Without Probable Cause") "Driving While Black" False Pretext Traffic Stop

   b) On September 1st, 2012 @ 6:50pm or 18:50, Detectives Richard Marra and Co-Worker/Partner Detective John Doe, Conspired with Police Officer Fred J. Mignone, to write Fraudulent "Culpatory Statements" against Plaintiff Temmy Lee Sturgis, at the 6th Pct Selden N.Y.

   c) On September 1st, 2012, Along with above mentioned Fred J. Mignone, Det. Richard Marra and Det. John Doe, Sgt. Micheal P. Fitzharris Notarized Fraudulent, Perjured, Manufactured, Traffic Violations against Plaintiff Temmy Lee Sturgis, at the 6th Pct Selden, changing an original charge of Unauthorized Use of Motor Vehicle to Stolen Property 4° and Turn Signal Violations, turning two different directions at the same place, date and time.

   d) All of the above named Defendants were supposedly trained by "Suffolk County", Suffolk County Police Dept. and all employed at the 6th Pct. in Selden NY, to NOT violate the New York and United States Constitutional Rights of Plaintiff Temmy Lee Sturgis, Yet all failed to do so. In fact their conspiracy in the exact opposite and is deliberate indifference to

5
cont.

plaintiff's Constitutional Rights. All of the Above and Prior noted, were not trained properly. Suffolk County, Suffolk County Police Dept. and the Commanders of the 6th Pct. Selden failed to train and supervise Detectives MARRA, John Doe, Sgt. Fitzharris and Police Officer Fred J. Mignone.

2.(a) On September 2nd, 2012, Plaintiff Jemmy Lee Sturgis, was told by Arraignment Judge in Courtroom D-11, that he did in fact have the right to a felony hearing, and Defendant/Plaintiff, Jemmy Lee Sturgis, did not waive said felony hearing.

b.) On or about September 4th, 2013, while Plaintiff/Defendant Jemmy Lee Sturgis was detained in the "Bull-Pens" at the District Court, Plaintiff was denied a felony hearing and never waived such nor gave "Legal Aid Society" Attorneys power or authority to do such waiver of his right to a felony hearing.

c.) On Friday September 7th, 2012, Legal Aid Atty. Stephanie Levine, gave Plaintiff/Defendant, Jemmy Lee Sturgis, a copy of traffic violations (including supposed probable cause turn signal violation) 10 minutes before heading to Grand Jury.

d.) On Friday September 7th, 2012, Assistant District Attorney Dena Rizopoulos, violated Plaintiff/Defendant, Jemmy Lee Sturgis' United States and New York State, Constitutional Rights by Manipulation of the Grand Jury. (see below)
   1. Allowed Grand Jury Forewoman, to swear Plaintiff/Defendant Jemmy Lee Sturgis under "One True Living God" ("Jesus")

6.

cont

cont

In violation of Freedom of Religion, Separation of Church/State.

2. Allowed Un-Authorized Sheriff Deputies (2) to "Guard" Plaintiff Tommy Lee Sturgis, while Grand Jury was in session.

3. Withheld culpatory statements, supposedly made by Defendant Tommy Lee Sturgis from him while present before Grand Jury.

\* 4. Deleted/Omitted Swearing In Minutes of Plaintiff/Defendant Tommy Lee Sturgis, therefore Plaintiff was never "Sworn In", to testify before the Grand Jury.

Both Un Authorized Persons (2) Sheriff Deputies and Omission/Deletion of Grand Jury Swearing In, of Defendant Tommy Lee Sturgis, vitiates Grand Jury Proceedings. Grand Jury is Defective. \* Also No "Black" Grand Jury Members Present at Grand Jury Proceedings.

e.) Assistant District Attorneys, "Willie Woe", Sally Soe, and Jane Doe, Aquieced and continued Malicious Prosecution to date Against Plaintiff Tommy Lee Sturgis, Knowingly and with Intent to Deny Him His Constitutional Rights.

3. a) The Legal Aid Society Victor Velasquez, Stephanie Levine, and Elizabeth Justicine violated the rights of Plaintiff Tommy Lee Sturgis, when they individually refused to assist him in voting, this past election. (esp. Velasquez)

b) Conflict of Interests existed in County Court, where prior Conflicts of Interests existed prior Against Legal Aid Attorney "John Shick", under Judge Corso.

c.) On or about September 28th, 2013, while visiting Plaintiff/Defendant Sturgis, at the Riverhead Correctional Facility, Attorney Velasquez, gave District Attorney like Answers to Inquiries given to him, and tried to make Plaintiff sign his name

7.                                                                cont

"Carte Blanch" on Loose leaf (Yellow) Paper, as an Approval to a yet drawn Document.

d.) Legal Aid Attorney Velasquez Refused, on the record to speak on Traffic Violations as Probable cause for Stop and Arrest or for Bail Reduction.

4. a) Sheriff Vincent Demarco, adds his name to a line of Conspirators in his Approval and/or Acquiesence of the "Inmate Handbook", which has Systematically and Consistently, Emasculated New York Codes of Rules and Regulations, Minimum Standards by Deleting and Omitting their Existence within the Inmate Handbooks Throughout the Years. (1978 - 2013)

b.) Through Fear tactics, Threats, Replacement of Legitimate Resident or Inmate Liason Committee, with Resident Liason Committee, a Counterfeit, Toothless Nothing. No meetings, power, Authority etc. Therefore No Voice. The Group as a whole cannot Grieve, Communicate, Voice or operate to make changes to improper conditions within the Facility. Note: Inmate Handbook is Signed and Authorized by Sheriff Vincent F. Demarco with less and less references to New York Codes of Rules and Regulations.

5. a) 1. Warden Charles Ewald has Allowed the Prior Mentioned Deletions and Omissions to Flourish and Contaminate the Minds and Actions of All Persons Housed and Employed within the Riverhead Correctional Facility. Thus Contaminating the Training and Supervision of All Employed and Subsequently Housed by Trickle Effect.

2

cont.

a.) 2. Warden Ewald has allowed Plaintiff Jemmy Lee Sturgis' substantive due process rights and New York State and United States constitutional rights to be violated by working in conjunction with the Sheriff (Demarco) and the Negligent Training Supervision and Oversight of their Employees (Officers) by denying him the Minimum Standard Devoted in Title 7 and 9, New York Code of Rules and Regulations by:

   1. Less than (1) One Hour in Law Library Per Week
   2. Clean and Healthy Environment a.) Rodents, b.) Dust Filter Replacement, c.) Shoes (w/o Holes) d.) Adequate Medical Assistance. Excema Medication, e.) Glasses (Reading/Headaches) etc...
   3. Due Process in Disciplinary Hearings and 4. Adequate Grievance Process. 5. Timely Notary Services (4 - 15 days Avg.) No Standardization, No Accountability (Plausible Deniability.) Fraud

6.a) On or About 10/12/12 at about 10:10 AM, on Tier 3- East/North Correction Officer Quantrini' Manufactured a Fraudulent Disciplinary "Ticket" as Retaliation for Plaintiff/Pre-trial Detainee Jemmy Lee Sturgis, when he Requested a Grievance Form to Clean the Tier (done Daily).

b.) On Sept. 12th, 2012, C.E.R.T. Emergency Response Team "Goon Squad", "Turtles", were sent to Extract Plaintiff Sturgis from Cell #27 of Tier 3- West/North, Place in a Hanniban Lecter like Apparatus and Taken to SHU 4th Floor.

c.) On 10/15/12 a Hearing was Initiated by Corrections Sgt. J. Hickey and Corrections Officer J. Zahn who

DENIED PLAINTIFF JEMMY LEE STURGIS' DUE PROCESS AND EQUAL PROTECTION, SUBSTANTIVE DUE PROCESS RIGHTS BY DENYING HIS (3) THREE INMATE WITNESSES AND ALSO Sgt. Lowery Employee Witness, Statements and Informations. PAPERWORKS ALSO DENIED. PLAINTIFF WAS SUBSEQUENTLY FOUND GUILTY AND SENTENCED TO 20 DAYS "BOX TIME" (SEE plu)

d.) PLAINTIFF STURGIS, APPEALED TO WARDEN EWALD, AND WAS SUBSEQUENTLY DENIED BY HIS DESIGNEE CAPT. JOHN G. JOHNSON.

e.) The Disciplinary Process is Corrupt From Beginning to End and is "Conspiracy". No Disposition will go against a Co-worker (Employee/officer). See plu. Violation NYCRR Title 7 Section V §§ 251 thru 254 AND Directive 4910 (D.O.C.)

— CONSPIRACY —  #1

Plaintiff Jemmy Lee Sturgis, was Arrested for No "Probable Cause", No "Reasonable Suspicion" AND Not with or under "Good Faith" BY Police Officer Fred J. Mignone. Detectives Richard Marra and Detective John Doe Colluded AND Conspired with Officer Mignone to Produce Probable Cause For An Illegal Traffic Stop Driving While Black, so they Created a Fraudulent culpable statement AND Turn signal violations to Support the illegal Traffic Stop. SGT. MICHEAL FITZHARRIS THEN ADDED TO THE CONSPIRACY BY DENIAL OF THE RIDICULOUSNESS OF THE TRAFFIC VIOLATIONS AND CHANGE OF INITIAL CHARGE OF UNAUTHORIZED USE OF A MOTOR-VEHICLE INTO POSESSION OF STOLEN PROPERTY, OF WHICH HE WITNESSED AND NOTARIZED CERTAIN DOCUMENTS, AND PAPERS AKNOWLEDGING

10.
cont.

such illegal, unethical and prejudicial procedures and policy. Each officer knew what the charges were, the elements or lack of elements of the crime and assisted each other in the process with individual actions to produce the ultimate end charge of posession of stolen property 4°.

### - Conspiracy - #2

Assistant District Attorney Dena Rizpoulos, purposely allowed Grand Jury Forman (woman), to violate plaintiff's (1st) First Amendment Rights when she swore plaintiff Temmy Lee Sturgis, in to testify in his own defense by "Under the one true living God". This was done with no or untimely objections by Legal Aid Attorney Stephanie Levine.

The Assistant District Attorney also had Grand Jury Minutes removed twice at least 1.) Plaintiff acknowledge (2) two unauthorized Sheriff Deputies at Grand Jury Proceeding and tried to explain their presence and 2.) Because Plaintiff Temmy Lee Sturgis, complained in letters to County Court Judge Toomey, the Grand Jury Minutes recieved by Legal Aid Attorney Velasquez and given to Plaintiff Sturgis on January 2nd 2013, show no such "Swearing In", thus the Plaintiff/Defendant was never sworn in to testify. Thus the Grand Jury Proceeding is defective. Again! Note Also, when Plaintiff asked about the traffic infractions driving in two different directions ( Three tickets with only Two Turns", her Reply "Were not going to talk about that here" was also ommitted and deceted from the minutes.

11.

### — Conspiracy — # 3

Knowing the illegalities of the traffic tickets, denial of plaintiff to attend the felony hearing, unauthorized sheriff deputies at the grand jury (guarding defendant/plaintiff Tammy Lee Sturgis), witholding of exculpatory informations during the grand jury (traffic infractions) and inserting fraudulent hearsay culpatory statements from Detective Marra against the plaintiff, Assistant District Attorney's "Sally Soe" Jane Doe and John Doe, did nothing on the record and/or in front of the plaintiff at any court appearance to rectify the matter judiciously.

* Note: County Court Judge Toomey offered plaintiff/defendant 60 days time served on December 9th, 2012, to which plaintiff declined, and has so declined to date.

### — Conspiracy — # 4

Individually and in conjunction with each other, Warden Ewald, Captain Johnson, Sgt. Hickey, Corrections Officer Zahn and Corrections Officer Quatrini violated plaintiff Tammy Lee Sturgis' Substantive Due Process Rights during all proceedings of the Disciplinary Process per Directive 4910 of D.O.C. and NYCRR Minimum Standards.

See also Law Library time and Medical Denials (Eczema)
Note: Also Voting Process is purposely thwarted by denial of I.L.C. Inmate Liaison Committee, the disbanding of such. No informations given out anywhere in facility and officers stating that inmates can't vote. Rehab, Law-Library, Church, etc. I am first black inmate to vote with Asst. in @ 20-25 years

12.

III. Injuries

1. Physical Injuries include:
   a.) Head Aches, Back Aches, Foot Problems (Inserts Denied) (Podiatrist Denied), Keloids from Denial of Hydrocortisone while Housed in Box (SHU) and up to (2) Months Afterward. Loss of Weight.

2. Constitutional Injuries include:
   a.) First Amendment Violation
   b.) Fourth Amendment Violation
   c.) Fifth Amendment Violation
   d.) Sixth Amendment Violation
   e.) Eighth Amendment Violation
   f.) Fourteenth Amendment Violation
   g.) Attempted Fifteenth Amendment Violation

IV. *Exhaustion of Administrative Remedies

All Grievances Presented to the Facility will be presented as Exhibits to Federal Court.

It has been found that due to the average Inmate Stay at this Facility, very few have made the process to any "Review Committee" in Albany, if such exists.

Massive Fraud is committed by Grievances being denied, lost or intimidated against.

Petitioner has first grieved to the Facility (Riverhead) all problems before litigations. *(See Original US 42 1983 Complaint)

Note Again the Law Library is Defective, with No Law Clerk and Legal Aid Refuses to Asist in Facility Matters and other non Criminal Matters. Also Forms are missing so Court Access is very limited.

Note White Supremacy comes in the form of Grievance Denials, Denial of Due Process at Disc. Hearings Grievance Hearings Treatments in SHU, Beatings, Openning of Windows During Cold Weather. Done By Groups and Individual Officials. Also Squirting of Fire Extinguishers on Inmates. These Abuses are Mostly By White Male Officers.

V   Relief:         (Damages)
    Punitive Compensation    $ 3,000,000.00
    Compensatory Compensation $ 300,000,000.00
    Monetary Compensation    $ 500,000,000.00

14.

PREVIOUS LAW SUITS:

(SEE): BUTLER VS DEMARCO    CLASS ACTION   CV-11-02602 (JS)(GRB)
SEE ALSO: 2:09-CV-05070-SJF-ETB
2:10-CV-00041-SJF-ETB

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

* SIGNED THIS 24TH DAY OF FEBRUARY 2013. @ 7:30pm

Signature of Plaintiff: _Jerry Lu Sturgis_
Inmate Number: #083989
Institution Address: 100 Center Drive,
Riverhead, N.Y. 11901

I DECLARE UNDER PENALTY OF PERJURY THAT ON THIS ___ DAY OF MARCH 2nd, 2013, I AM DELIVERING THIS AMENDED COMPLAINT TO PRISON AUTHORITIES TO BE MAILED TO THE Pro-Se OFFICE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK.

Signature of Plaintiff: _Jerry Lu Sturgis_ 3/2/13 @ 11:15 pm

15.

2/24/13 → Comnissary Office

LEGAL-MAIL
N/O FUNDS

LEGAL-MAIL

LEGAL-MAIL
N/O FUNDS

Attn: Pro-Se Clerk
C Vukovich

Pro-Se Office, Long Island
100 Federal Plaza,
Central Islip, New York, 11722-9014

**RECEIVED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 05 2013 ★

LONG ISLAND OFFICE

